

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:　　　In re iWORKS Personnel, Inc., Luis Trevino, and Haydee Gutierrez

Appellate case number:　01-15-00235-CV

Trial court case number:　2012-61407

Trial court:　　　　　　113th District Court of Harris County

　　　Relator's Motion for Temporary Relief filed March 17, 2015 is **DENIED**.

　　　It is so ORDERED.


Judge's signature: ___/s/ Harvey Brown
　　　　　　　　　　X  Acting individually　　☐ Acting for the Court


Date:  March 19, 2015